UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **STACI LA SHAWN NELSON,** | ) |
| Plaintiff, | ) Case No. EDCV 15-749 AJW |
| v. | ) |
| **CAROLYN W. COLVIN,** **Acting Commissioner of** **Social Security,** | ) **J U D G M E N T** |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

April 14, 2016

_____
ANDREW J. WISTRICH
United States Magistrate Judge